# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TAYLOR, <br><br> Petitioner, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. CV 17-07956 JAK (AFM) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: December 14, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE